In the Matter of the Application of WILLIAM BRUE and Others, Appellants, for an Order of Mandamus against EDWARD J. MURRAY, as Commissioner of the Department of Public Works of the City of Yonkers, Respondent.— Order denying motion for a peremptory or an alternative mandamus order unanimously affirmed, with costs, in the exercise of discretion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MANUFACTURERS TRUST COMPANY, as Executor of and Trustee under the Last Will and Testament of ANGELOS POLL, Also Known as ANGELL POLL, Deceased, Appellant; JOHN KINDRED GILLETTE, as Special Guardian for JAMES POLL and KHRISTALIA POLL, Infants, etc., and Another, Respondents.— Decree of the Surrogate's Court of Queens county in so far as it awards $350 to David M. Wolff and the same amount to John Kindred Gillette for their services as special guardians modified so as to provide that the allowance to each be reduced to the sum of $200, and as so modified unanimously affirmed, without costs. In our opinion the amount as reduced is a reasonable compensation for their services. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of CHARLES F. WETZEL, Doing Business as METROPOLITAN LINOLEUM FLOOR COVERING COMPANY, Assignor, to WILLIAM M. INNES, Assignee, Respondent. SAMUEL KAPLAN, Appellant.— Order directing appellant to turn over funds to the assignee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.